**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MARIA LUISA VARGAS-URIAS, *Petitioner* | § § § | |
| v. | § § | Case No. SA-26-CA-00709-XR |
| PAMELA JO BONDI, KRISTI LYNN NOEM, DIRECTOR SYLVESTER M. ORTEGA, WARDEN ROSE THOMPSON, *Respondents* | § § § § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

The petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated February 26, 2026. Petitioner was released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 5th day of March, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE